# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENNETTE L. DOUGLAS,<br><br>Petitioner,<br><br>v.<br><br>WILLIAM JOE SULLIVAN, Warden,<br><br>Respondent. | Case No.: 18cv2604 WQH (MDD)<br><br>**ORDER DISMISSING CASE WITHOUT PREJUDICE AND WITH LEAVE TO AMEND** |

Petitioner, a state prisoner proceeding pro se, has filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254, but has failed to pay the $5.00 filing fee and has failed to move to proceed in forma pauperis. This Court cannot proceed until Petitioner has either paid the $5.00 filing fee or qualified to proceed in forma pauperis, *See* Rule 3(a), 28 U.S.C. foll. § 2254. The Court therefore **DISMISSES** the case without prejudice and with leave to amend. *See* Rule 3(a), 28 U.S.C. foll. § 2254. If Petitioner wishes to proceed with this case, he must submit, **no later than January 25, 2019**, a copy of this Order with the $5.00 fee or with adequate proof of his inability to pay the

///
///
///
///

1

18cv2604 WQH (MDD)

fee. ***The Clerk of Court shall send a blank Motion to Proceed In Forma Pauperis form to Petitioner along with a copy of this Order.***

**IT IS SO ORDERED.**

Dated: November 20, 2018

Hon. William Q. Hayes
United States District Court